UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. QUAIR,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR - OFFICE OF INTERNAL AFFAIRS, et al.,<br><br>        Defendants. | Case No. 19-cv-03136-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. In the initial review order the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** with prejudice for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: November 6, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. QUAIR,<br><br>    Plaintiff,<br><br>v.<br><br>CDCR - OFFICE OF INTERNAL AFFAIRS, et al.,<br><br>    Defendants. | Case No. 19-cv-03136-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David S. Quair ID: BG0478
aka Diva Moonchild Quair
CSP-CIM
P.O. Box 500
Chino, CA 91708

Dated: November 6, 2019

                                                  Susan Y. Soong
                                                Clerk, United States District Court

                                                By: /s/ Lisa R. Clark
                                                LISA R. CLARK, Deputy Clerk to the
                                                Honorable JAMES DONATO